# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153694 & (67)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 153694
     COA: 325192
     Ionia CC: 2014-015993-FH

KYLE BRANDON RICHARDS,
     Defendant-Appellant.

_____/

     On order of the Court, the motion to supplement application for leave to appeal is GRANTED. The application for leave to appeal the April 26, 2016 judgment of the Court of Appeals is considered, and it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

s0123